**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SHEDRICK M.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-cv-01631-E-BV** |
| | § | |
| **FRANK BISIGNANO,** | § | |
| **Commissioner of Social Security,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (ECF No. 23). Plaintiff filed objections, but they were late (ECF No. 24). Plaintiff did not seek leave to file them, nor did he acknowledge they were late. *Id.* "[D]istrict courts need not consider late objections." *Scott v. Alford*, No. 94-40486, 1995 WL 450216, at *2 (5th Cir. July 6, 1995) (per curiam). The district court has discretion whether to consider them. *Loredo v. Barnhart*, 210 F. App'x 417, 418 n.1 (5th Cir. 2006) (per curiam); *see Scott*, 1995 WL 450216, at *2 ("[W]e leave to the district court's discretion the decision whether to allow objections after the [fourteen] day period."). Because Plaintiff did not seek leave to late-file the objections or otherwise explain their belatedness, the Court is well within its discretion to deny them on that basis and does so here. Having reviewed the Findings, Conclusions, and Recommendation for plain error, the Court finds none and thus **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Further, had the Court considered the objections and conducted a de novo review, it would nonetheless overrule the objections.

Accordingly, it is **ORDERED** that the Commissioner's decision is **AFFIRMED** and Plaintiff's complaint is dismissed with prejudice. Judgment will be entered accordingly.

**SO ORDERED on this 10th day** of **September, 2026**.

REED O'CONNOR
CHIEF UNITED STATES DISTRICT JUDGE